**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| C.H. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-00107-PMP-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DR. ARANAS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

        Before the court is a letter (Dkt. #13) addressed to the Chief Judge on December 22, 2011, from the Plaintiff requesting a status of the current action.  This letter was referred to the undersigned by the assigned the district court judge for a response.

        This case was originally submitted to this court on January 25, 2010, when Plaintiff filed a Motion for Leave to Proceed *in Forma Pauperis* (Dkt. #2) with a proposed complaint.  However, on May 10, 2010, Plaintiff filed a Motion for Leave to Withdraw Complaint without Prejudice (Dkt. #8) stating that he "did not wish to pursue this action any further."  Plaintiff's motion was granted in an Order (Dkt. #9) entered May 11, 2010, and Plaintiff's action was dismissed without prejudice.  Plaintiff was sent a copy of the Order (Dkt. #9) on May 11, 2010, at the address on file with the court.  In short, the status of this case is that it has been dismissed and closed at Plaintiff's request.

        Dated this 29th day of December, 2011.

_____
Peggy A. Leen
United States Magistrate Judge