UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| C. H. Hill,<br><br>        Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, *et al.*,<br><br>        Defendants. | 2:10-cv-00107-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration are the following three motions file July 29, 2013, on behalf of Plaintiff Charles H. Hill:

    1. Request Leave Amended Pleading to be Construed Liberally Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 Continuing Violation Doctrine (Doc. #15);

    2. Request to File a Longer Than Normal Civil Right Complaint Amended Pursuant to 42 U.S.C. 1983 (Doc. #16) ; and

    3. Motion Request for Service Process by United States Marshal (Fed R. Civ. P. Rule 4 and Local Rules Part II LR 4-1 and LR 54-2 (Doc. #17).

This action was originally filed by Plaintiff Hill on January 25, 2010, and was thereafter withdrawn and dismissed (Docs. ## 9 & 14). The Court finds Plaintiff's Motion for Leave to Amend Pleading (Doc. #15) to be unintelligible and clearly incomplete. To the extent Plaintiff Hill thinks he has a factual basis to file a new complaint, he should consider doing so. However, the instant motion , and those related to it, are not cognizable by this Court in the context in which they are presented.

**IT IS THEREFORE ORDERED** that Plaintiff Hills' Motion Request Leave Amended Pleading to be Construed Liberally Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 Continuing Violation Doctrine (Doc. #15),   Request to File a Longer Than Normal Civil Right Complaint Amended Pursuant to 42 U.S.C. 1983 (Doc. #16), and Motion Request for Service Process by United States Marshal (Fed R. Civ. P. Rule 4 and Local Rules Part II LR 4-1 and LR 54-2 (Doc. #17) are **DENIED**.

DATED: August 15, 2013

_____
PHILIP M. PRO
United States District Judge